# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

___William M. Journey___
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER C CI PRISONER # __619-478__

___William M. Journey___ vs. ___State Correction Facility / ODRC___
___Chillicoth Corrections & State of Ohio___
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

___C.O. Cooper & Inmate grooms #755-448___

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

___William M. Journey #619-478___
NAME - FULL NAME PLEASE - PRINT

___5500 Chillicoth Corrections___
ADDRESS: STREET, CITY, STATE AND ZIP CODE

___Ohio, 45601___

___(740) 961-1824___
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER ALSO COMPLETE THE FOLLOWING FORM. ATTACH IT TO THE COMPLAINT FORM IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (✓)

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

       PLAINTIFFS:

       DEFENDANTS:

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

    3. DOCKET NUMBER

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

    7. APPROXIMATE DATE OF THE DISPOSITION

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (✓) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE? (1.) I talked to the sarge. (2.) I wrote informal to 2nd shift captain (3.) I filed a grievance (4) I kited Duputy Warden (5) Than the investigater.

2. WHAT WAS THE RESULT? Nothing yet but pushing blame to another person! Sarge says camera's don't work. He is lieing. Deputy warden said its been taking care of. Investigator hasn't done anything yet, second shift captain said he would pass the infornator on. more bull- shit. I appealed it, and they all don't want to do anything about it.

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

2. WHAT WAS THE RESULT?

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. C.O. Cooper é state of Ohio DRC.
NAMES - FULL NAME PLEASE

5500 C.C.I Chillicothe OH. 45601
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2.

Inmate grooms # 755-448

3. 5500 C.C.I. Chillicoth, OH. 45601

4.

5.

6.

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

-4-

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

Well it started with Inmate Grooms, First he sucker punched me threw the bars of a cell. So he got moved to the other side of the range. Then I become a Floor Porter. I just finished my job and was sitting in the break room. C.O. Cooper walked to the wreck cage, where Inmate Grooms was at, without a belt or cuffs. Opens the door and lets Inmate Grooms out, and the officer turned to talk at some one at the desk as Inmate walks to the break room and continues to attack and assult me. I feel the C.O. Cooper was targeting me & helped this guy assult me. Its all on camera too, plus two other inmates wrote statement on it. My neck is hurt & I still have trouble hearing out my right ear. Where he punched me several times in the side of my head over my ear drum. The hole right side of my head was swelled. They took pictures, of all my bruising. This all occurred on 2-8-21 at 2:45 p.m. and 4:00 p.m. Not sure on time. Now I feel unsafe here. Cause staff is not very responsible to my protection and always breaking protocall or bending rules to their advantage. They did write Inmate Grooms a rule #4 Assult ticket on this, But since that time of the incident I've had multiple different inmate's retaliate against me along with C/O's retalitting due to CO Coopers involvement. Inmates have yelled die snitch die. I have had human piss & shit throwed on me. Been spit on. My neck and ear was both damaged

SEE YELLOW PAGE!

-5-

in the Assult. By Inmate grooms #755-448. All of the above has added more physically & mentally stress to the situation. Expecially when I am on the Mental Health Case load already. I can't eat for real cause inmate's be playing with my food. I can't sleep because people are screaming snitch bitch at me, telling me to die. Than on top of everything else being hungry at night belly hurting cause I am afraid they are putting things in my food. I really beleave C.O. cooper let this guy out like that so he could assult me & now that the other CO's found out that I put paperwork in on him. All of them are acting different torge me. I am flipping out cause of everything thats going on. I am trying to get a transferr, But I starting to think they putting off my transferr so these 100 inmates back here can torture me. Phisically & mentally. My emotions is so tore up that. I broke down and cried the other night for hours. As everybody hollered at me die bitch die. It has been alot of pain & suffering since this happen and my neck & ear still isn't right. And its all do to C.O. cooper not doing his Job right. I'v even asked for a transferr & two sepavations and have got neither one. I keep getting spent, some thing has to give soon I want some Justice & compensation for all the trouble. The state put me threw. With the heckling I took & all the verbal assults & physical mental stress I been put threw.



RELIEF

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I want the court to see to it that another incodent like this will never happen again & I would like to be paid for my pain & suffering to the crime and for the loss of my job and have this other two ½ years dismissed off my 15 years I've have done cause Now I'm stress all the way out and scared for my life in here, I've had shit & piss throwed on me, been called a snitch bitch, it has screwed my Head all the way up, and I no longer beleave the staff will keep me safe. I'am phisically & mentally a mess. I sent for my shrink at mental health the other day told her what was going on with the months of suffering and everything that has happen to me. I'am sueing for at least $350,000 thousand dollars.

SIGNED THIS 3 DAY OF 09 20 21.

William M. Journey
SIGNATURE OF PLAINTIFF

Tara J. Hatzo



TARA J HATZO
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 04-04-22

-6-

INMATE MAIL
Chillicothe Correctional Institute
P.O. BOX 5500
Chillicothe, Oh 45601

Willi[am]
C.C.I. 5500
Chillicothe, OH. 45601

U.S. District Court
Office of the Clerk
Joseph P. Kinneary U.S. Courthouse
85 Marconie Blvd Room 121
Columbus, OH. 43215