IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM M. JOURNEY, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:21-cv-01119 |
| | : | |
| v. | : | CHIEF JUDGE ALGENON L. MARBLEY |
| | : | |
| CHILLICOTHE CORRECTIONAL INSTITUTION, WARDEN, *et al.*, | : | MAGISTRATE JUDGE VASCURA |
| | : | |
| Defendants. | : | |

## OPINION & ORDER

On May 20, 2021, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 4), recommending that the Court dismiss Plaintiff's case without prejudice pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff neither paid the filing fee nor submitted an application to proceed *in forma pauperis*, nor did he respond to a court order to do so and a court order to show cause why the case should not be dismissed for want of prosecution. (ECF Nos. 2–3). Mr. Journey was cautioned that a failure to comply with the order to show cause could result in a dismissal. (ECF No. 3). The parties were specifically advised of their right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so.  No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed on June 3, 2021, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation.  This case is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

                                                              **ALGENON L. MARBLEY**
                                                              **CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  June 10, 2021**